AO83

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 240509 |
|---------|--------|
| Trans | 146947 |

Received From:       **PAUL CORONEL**

Case Number:

Reference Number:    **CV 03-709DAE**

| | | |
|---|---|---|
| Check | | 12.40 |
| Total | | 12.40 |

| Description | Fund | Qty | Amount |
|-------------|------|-----|--------|
| CV PRISONER FILING | 5100PL | 1 | 12.40 |
| | **Total** | | **12.40** |
| | Tend | | 12.40 |
| | Due | | 0.00 |

08/13/2007 04:01:48 PM        Deputy Clerk:  et/LG