AO83

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 240524 |
|---|---|
| Trans | 146962 |

Received From: **PAUL CORONEL**
Case Number:
Reference Number: **CV 03-709DAE**

|  | Check | 51.00 |
|---|---|---|
|  | Total | 51.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 51.00 |
|  |  | **Total** | **51.00** |
|  |  | Tend | 51.00 |
|  |  | Due | 0.00 |

08/13/2007  04:10:41 PM    Deputy Clerk:  et/LG